IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02206-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

RONALD SATISH EMRIT,

      Plaintiff,

v.

WESTERN UNION,
MONEYGRAM INTERNATIONAL, INC., and
RONALD CEPHAS EMRIT,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff, Ronald Satish Emrit resides in Las Vegas, Nevada.  On October 5,

2015, Plaintiff filed *pro se* a Complaint (ECF No. 1) and an Application to Proceed in

District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has

determined that the Complaint is deficient as described in this order.  Plaintiff will be

directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff

files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)   __    is not submitted
(2)   __    is not on proper form (must use the Court's current form)
(3)   __    is missing original signature by Plaintiff
(4)   __    is missing affidavit
(5)   __    affidavit is incomplete
(6)   __    affidavit is not properly notarized

(7) __ names in caption do not match names in caption of complaint, petition or application
(8) __ other:

**Complaint or Petition**:
(9) __ is not submitted
(10) X is not on proper form (must use the court's current form)
(11) __ is missing an original signature by the Plaintiff
(12) __ is incomplete
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text of Complaint
(15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved General Complaint Form, along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiency.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED October 14, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge